**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jonathon LEBRON–SANTANA, Defendant–Appellant.**

**No. 10–11008 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 29, 2010.

Edmund A. Booth, Jr., U.S. Attorney's Office, Augusta, GA, Jeffrey J. Buerstatte, Frederick Kramer, III, Joseph D. New-

man, R. Brian Tanner, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Peter Hubert Schmidt, II, Taylor, Odachowski, Sperry & Crossland, LLC, Saint Simons Island, GA, for Defendant–Appellant.

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Peter H. Schmidt, II, appointed counsel for Jonathon Lebron–Santana in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lebron–Santana's conviction and sentence are **AFFIRMED.**